FEBRUARY 25, 1974

No. 73–987. GUGGENHEIM, DIRECTOR, DEPARTMENT OF LIQUOR CONTROL, ET AL. *v.* PETO, DBA LOOP CARRY OUT. Affirmed on appeal from D. C. S. D. Ohio. MR. JUSTICE WHITE and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.

No. 73–1087. KOSCHERAK ET AL. *v.* SCHMELLER ET AL. Affirmed on appeal from D. C. S. D. N. Y.

No. 73–6036. FISCHLER *v.* ITT FEDERAL ELECTRIC CORP. ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–741. DAVISON *v.* FLORIDA. Application for stay of mandate of the Supreme Court of Florida presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN would grant the stay.